IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 20-01362 |
| | ) | |
| Leixy L Blue | ) | Chapter 13 |
| | ) | |
| | ) | Judge Deborah L. Thorne |
| Debtor(s) | ) | |

**Notice of Objection**

The Debtor objects to the Motion for Relief from the Automatic Stay as to 2353 Buckingham Ave, Westchester, IL 60154.

         David H. Cutler,
         Attorney for the Debtor


/s/ *David H. Cutler*
By: David H. Cutler


Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtor
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600