**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | Honorable Deborah L. Thorne |
| Leixy L. Blue, | ) | |
| | ) | Case No. 20 B 01362 |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW Selene Finance LP ("Secured Creditor"), by counsel, hereby withdraws its Motion for Relief from the Automatic Stay, without prejudice.

Respectfully submitted,
RIEZMAN BERGER, P.C.

By: **/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101 phone
(314) 727-1086 fax
Attorney for Secured Creditor

## **CERTIFICATE OF SERVICE**

       A copy of the foregoing Notice of Withdrawal made was served on the following parties via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following on July 24, 2020:

| | |
|---|---|
| Leixy L. Blue<br>2353 S. Buckingham<br>Westchester IL 60154 | Debtor |
| David H. Cutler<br>4131 Main St.<br>Skokie IL 60076 | Attorney for Debtor |
| Marilyn O. Marshall<br>224 South Michigan, Ste 800<br>Chicago IL 60604 | Chapter 13 Trustee |
| Office of the United States Trustee<br>219 S. Dearborn St., Rm. 873<br>Chicago, IL 60604 | |