Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 20−01362
Chapter: 13
Judge: Deborah L. Thorne

In Re:
   Leixy L Blue
   aka Lexi Kidd, aka Lakesha Orr, ...
   2353 S. Buckingham
   Westchester, IL 60154

Social Security / Individual Taxpayer ID No.:
   xxx−xx−2725

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 29, 2021

FOR THE COURT

Dated: September 30, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 20-01362-DLT
Leixy L Blue Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 4
Date Rcvd: Sep 30, 2021 Form ID: ntcdsm Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leixy L Blue, 2353 S. Buckingham, Westchester, IL 60154-5145 |
| 28723315 | + | Atlas Acquisitions LLC (Mid America Bank and Tru), 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| 28556415 | + | Consumers Credit Union, 1075 Tri-State Parkway, Suite 850, Gurnee, IL 60031-9182 |
| 28556420 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 28556427 | + | Monterey Collection Services, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 28667581 | + | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, c/o Selene Finance LP, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 28599327 | + | SunTrust Bank now Truist Bank, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: courtnotices@chi13.com | Sep 30 2021 22:23:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| 28604600 | | EDI: ATLASACQU | Oct 01 2021 02:23:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 28556397 | + | EDI: ACBK.COM | Oct 01 2021 02:28:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St, Spartanburg, SC 29302-2185 |
| 28556398 | | EDI: CBSAMERIMARK | Oct 01 2021 02:23:00 | Amerimark Premier, AmeriMark Easy Pay Plan, Po Box 2845, Monroe, WI 53566-8045 |
| 28616040 | + | EDI: CRFRSTNA.COM | Oct 01 2021 02:23:00 | CREDIT FIRST NA, po box 818011, CLEVELAND, OH 44181-8011 |
| 28663568 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2021 22:33:26 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 28556399 | + | EDI: CAPITALONE.COM | Oct 01 2021 02:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28581439 | + | EDI: AIS.COM | Oct 01 2021 02:28:00 | Capital One Bank (USA), by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28581438 | + | EDI: AIS.COM | Oct 01 2021 02:28:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28556400 | + | EDI: CAPITALONE.COM | Oct 01 2021 02:23:00 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28645243 | | EDI: BL-BECKET.COM | Oct 01 2021 02:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28556401 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 28556402 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 20-01362   Doc 45   Filed 10/02/21   Entered 10/02/21 23:09:06   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0752-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: ntcdsm | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 28556403 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Chadwicks Of Boston, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28556404 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28556405 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28556406 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, GA 43218-2125 |
| 28556407 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Marathon, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28556408 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28556409 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28556413 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 28556411 | | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 28556412 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenitybank/Talbots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 28556414 | + | EDI: WFNNB.COM | Oct 01 2021 02:28:00 | Comenitycapital/mrsota, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 28556416 | + | EDI: CRFRSTNA.COM | Oct 01 2021 02:23:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 28556417 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2021 22:33:26 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 28556419 | + | EDI: AMINFOFP.COM | Oct 01 2021 02:28:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 28556421 | + | Email/Text: jhoevel@hoevellaw.com | Sep 30 2021 22:23:00 | Hoevel And Associates, 3725 N Western Ave, Chicago, IL 60618-4705 |
| 28556418 | | EDI: BLUESTEM | Oct 01 2021 02:28:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 28556422 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 22:23:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 28663578 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2021 22:33:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 28556423 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2021 22:33:29 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 28683091 | + | EDI: MID8.COM | Oct 01 2021 02:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 28556424 | + | EDI: MID8.COM | Oct 01 2021 02:28:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 28556425 | + | EDI: MID8.COM | Oct 01 2021 02:28:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 28687309 | + | EDI: MID8.COM | Oct 01 2021 02:28:00 | Midland Funding LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 28556426 | + | Email/Text: bankruptcy@moneylion.com | Sep 30 2021 22:24:28 | Moneylion, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |

Case 20-01362 Doc 45 Filed 10/02/21 Entered 10/02/21 23:09:06 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 0752-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: ntcdsm | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 28556428 | + | Email/PDF: OGCRegionVBankruptcy@hud.gov | Sep 30 2021 22:33:26 | Office of Housing FHA Comptroller, Director of Mortgage Insurance, 451 Seventh Street, SW, Washington, DC 20410-0001 |
| 28556429 | | EDI: PRA.COM | Oct 01 2021 02:28:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 28633365 | | EDI: PRA.COM | Oct 01 2021 02:28:00 | Portfolio Recovery Associates, LLC, c/o Express, POB 41067, Norfolk VA 23541 |
| 28633378 | | EDI: PRA.COM | Oct 01 2021 02:28:00 | Portfolio Recovery Associates, LLC, c/o Menards, POB 41067, Norfolk VA 23541 |
| 28633150 | | EDI: PRA.COM | Oct 01 2021 02:28:00 | Portfolio Recovery Associates, LLC, c/o West Elm, POB 41067, Norfolk VA 23541 |
| 28747723 | | EDI: Q3G.COM | Oct 01 2021 02:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 28716891 | | EDI: Q3G.COM | Oct 01 2021 02:28:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 28715652 | | EDI: Q3G.COM | Oct 01 2021 02:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 28556430 | + | EDI: SECONDROUND.COM | Oct 01 2021 02:28:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 28556431 | + | Email/Text: bkteam@selenefinance.com | Sep 30 2021 22:23:00 | Selene Finance Lp, 9990 Richmond Ave Ste 40, Houston, TX 77042-4559 |
| 28761700 | + | Email/Text: bkteam@selenefinance.com | Sep 30 2021 22:23:00 | Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 28556432 | + | EDI: RMSC.COM | Oct 01 2021 02:23:00 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 28560321 | + | EDI: RMSC.COM | Oct 01 2021 02:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28556410 | | Comenity Bank/womnwthn |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2021      Signature:   /s/Joseph Speetjens

District/off: 0752-1 | User: admin | Page 4 of 4
Date Rcvd: Sep 30, 2021 | Form ID: ntcdsm | Total Noticed: 57

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David H Cutler | on behalf of Debtor 1 Leixy L Blue cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Kathryn A Klein | on behalf of Creditor Selene Finance LP iln@riezmanberger.com  rbadmin@ecf.courtdrive.com |
| Marilyn O Marshall | courtdocs@chi13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4